C-13-15(a)Motion
(Rev. 10/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Simon Ware | ) | **Motion and Notice** |
| Linda Ware | ) | **Chapter 13** |
| | ) | |
| | ) | |
| | ) | No: B-07-80699 C-13D |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

Litton Loan Servicing filed Trustee's Claim No. 3 which was allowed as a secured long-term continuing debt with monthly payments of $976.03. The Trustee has been informed by Litton Loan Servicing that principal and interest payments have been changed to $761.59 effective April, 2009.

The Standing Trustee respectfully recommends to the Court that an Order be entered amending the claim and providing a monthly payment to Litton Loan Servicing of $761.59 effective April, 2009.


Date: February 23, 2009                                                                             s/Richard M. Hutson, II
    ej                                                                                              Standing Trustee
-----------------------------------------------------------------------------------------------------------------------------

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before March 23, 2009, with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC  27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on   March 30, 2009,   at 11:00 a.m., in the following location:

*Courtroom, First Floor*
*Durham Centre Building*
*300 West Morgan Street*
*Durham, NC 27701*


Date: February 23, 2009                                                                             OFFICE OF THE CLERK
                                                                                                    U.S. Bankruptcy Court

# PARTIES TO BE SERVED
## PAGE 1 OF 1
## 07-80699 C-13D

Simon Ware
Linda Ware
3606 Grouse Ct.
Durham, NC 27704

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Litton Loan Servicing
4828 Loop Central Dr.
Houston, TX 77081